IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AARON E. BURRUS**                                                             **PLAINTIFF**

**v.**                                               **Civil No. 1:21cv257-HSO-BWR**

**HUGH N. HALPERN,** *Director,*
*Government Publishing Office*                                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendant Hugh N. Halpern, Director, Government Publishing Office's Motion [26] for Summary Judgment,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of December, 2022.

                                                    *s/ Halil Suleyman Ozerden*
                                                    HALIL SULEYMAN OZERDEN
                                                    UNITED STATES DISTRICT JUDGE